IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BRAD LIGON, and SCOTTIE D. CLARK,<br><br>Defendants. | 8:18CV218<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion to continue, (Filing No. 38), is granted in part and denied in part as follows:

1) Motions to compel discovery shall be filed by February 15, 2019.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to March 15, 2019.

3) In all other respects, the motion is denied.

December 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge