IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BRAD LIGON, and SCOTTIE D. CLARK,<br><br>Defendants. | 8:18CV218<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Motion to Dismiss Defendant Scottie D. Clark Without Prejudice, ECF No. 54, and the Motion to Dismiss Defendant John B. Ligon With Prejudice, ECF No. 55, filed by Plaintiff Woodmen of the World Life Insurance Society. Defendant Scottie D. Clark filed a Response to Plaintiff's Motion to Dismiss, ECF No. 56, consenting to the dismissal. Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Motions to Dismiss should be granted, and the above-captioned matter should be dismissed without prejudice as to Scottie D. Clark and with prejudice as to John B. Ligon. Accordingly,

IT IS ORDERED

1. Plaintiff's Motion to Dismiss Defendant Scottie D. Clark Without Prejudice, ECF No. 54, is granted;

2. Plaintiff's Motion to Dismiss Defendant John B. Ligon With Prejudice, ECF No. 55, is granted;

3. The above-captioned matter is dismissed without prejudice as to Scottie D. Clark and with prejudice as to John B. Ligon;

4. Each party will bear their own attorney fees and costs.

Dated this 10th day of April 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge